703 So.2d 1211 (1997)
Paul JOHNSON, Appellant,
v.
STATE of Florida, Appellee.
No. 97-1756.
District Court of Appeal of Florida, First District.
December 31, 1997.
Appellant, pro se.
Robert Butterworth, Attorney General, and Sonya Roebuck, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
Affirmed. See King v. State, 681 So.2d 1136 (Fla.1996); Harris v. State, 680 So.2d 469 (Fla. 1st DCA 1996); Pace v. State, 662 So.2d 1001 (Fla. 1st DCA 1995).
ALLEN, WEBSTER and DAVIS, JJ., concur.